IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FREDRICK MOSLEY,        )<br>                         )<br>    Plaintiff,         )<br>                         )<br>    v.                   )<br>                         )<br>SHIRLEY CUNNINGHAM,      )<br>et al.,                  )<br>                         )<br>    Defendants.          ) | CIVIL ACTION NO.<br>   2:22cv603-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officers and warden failed to protect him because one of the officers slept during his shift and another had paper on the windows of the cubicle. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of January, 2023.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**